PROB 12C
(6/16)

Report Date: September 24, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2026

SEAN F. MCAVOY, CLERK

ECF No. 67

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wylie Lucas John Thurman | Case Number: 0980 2:17CR00196-RLP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: April 24, 2018

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Sentence Reduction:<br>(January 26, 2024) | Prison - 27 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Frieda K Zimmerman | Date Supervision Commenced: August 2, 2024 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: November 1, 2038 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 7/09/2026.

On August 7, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Thurman, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On or about September 6, 2026, Wylie Lucas John Thurman allegedly violated mandatory condition number 1 by committing a number of new law violations, to include: False Statement to Public Servant, in violation of RCW 9A.76.175; Controlled Substance Possession, in violation of RCW 69.50.4013.1A; Second Degree Criminal Trespass, in violation of RCW 9A.52.080.1; and Obstructing a Law Enforcement Officer, in violation of RCW 9A.76.020.<br><br>On September 6, 2026, officers with the Spokane Police Department made contact with the offender. In addition to the outstanding federal warrant for his arrest, Mr. Thurman was also cited and arrested for the new law violations listed above. |

Since September 6, 2026, the offender has been imprisoned at the Spokane County Jail. According to the information available to this officer, Mr. Thurman was scheduled to appear in Spokane Municipal Court for a pre-trial hearing on September 22, 2026.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/24/2026

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

September 24, 2026

Date